LAW OFFICES OF MIGUEL C. LOPEZ   SBN 96530
318 Chester Avenue
Bakersfield, CA 93301
(661) 3224618
(661) 322-2843

Attorney for Plaintiff, RAY MATA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAY MATA, | ) | CASE NO. 1:04cv6746 AWI DLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | REQUEST FOR DISMISSAL |
| vs. | ) | |
| | ) | |
| JO ANNE BARNHART, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned plaintiff hereby requests that the above entitled action filed on December 23, 2004, be dismissed.

DATED: 1/6/06

_____
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

1-10-06

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT